UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANGEL MARTINEZ DOMINGUEZ,<br><br>Petitioner,<br><br>v.<br><br>BRYAN S. WILCOX, et al.<br><br>Respondents. | CASE NO. C20-1486 BHS<br><br>ORDER DECLING TO ADOPT REPORT AND RECOMMENDATION AND DISMISSING HABEAS PETITION AS MOOT |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Mary Alice Theiler, United States Magistrate Judge, Dkt. 9, and Petitioner Angel Martinez Dominguez's objections to the R&R, Dkt. 10.

In October 2020, Martinez Dominguez petitioned for release from immigration detention pursuant to 28 U.S.C. § 2241. Dkt. 1. He argues that he is entitled to release because there is no significant likelihood that he will be removed in the reasonably foreseeable future and that, therefore, his continued detention violates his due process rights. On February 2, 2021, Judge Theiler issued the instant R&R, recommending that Martinez Dominguez's habeas petition be denied and the action be dismissed. Dkt. 9.

ORDER - 1

1    On February 25, 2021, Martinez Dominguez timely objected to the R&R. Dkt. 10.
2 However, on March 9, 2021, before the matter was ripe for the Court's consideration,
3 Martinez Dominguez gave notice to the Court that he was released from custody. Dkt. 11.
4 He asserts that his petition may now be dismissed as moot.

5    The Court, therefore, **DECLINES** to adopt the R&R, Dkt. 9, because of the
6 change in circumstances. The petition, Dkt. 1, is **DENIED as moot.**

7    The Clerk shall enter a JUDGMENT and close the case.

8    **IT IS SO ORDERED.**

9    Dated this 12th day of April, 2021.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge